IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Waltman, Michael R | Case Number: 07 B 00912 |
|---|---|---|
| | Waltman, Patricia A | Judge: Goldgar, A. Benjamin |
| | Printed: 4/1/08 | Filed: 1/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 19, 2008
Confirmed: April 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,880.00 | |
| Secured: | | 8,205.30 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,100.00 |
| Trustee Fee: | | 574.70 |
| Other Funds: | | 0.00 |
| Totals: | 10,880.00 | 10,880.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,100.00 | 2,100.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 5. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 6. | Rogers & Hollands Jewelers | Secured | 1,500.00 | 754.45 |
| 7. | DaimlerChrysler Servs North America | Secured | 25,053.03 | 1,071.57 |
| 8. | Cook County Treasurer | Secured | 6,200.00 | 1,708.89 |
| 9. | Dupont Fibers Federal | Secured | 15,711.64 | 4,670.39 |
| 10. | HomeComings Financial Network | Secured | 21,135.82 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 234.61 | 0.00 |
| 12. | Capital One | Unsecured | 936.10 | 0.00 |
| 13. | Capital One | Unsecured | 775.60 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 369.95 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 1,044.29 | 0.00 |
| 16. | Capital One | Unsecured | 1,722.31 | 0.00 |
| 17. | Dupont Fibers Federal | Unsecured | 7,899.23 | 0.00 |
| 18. | GE Money Bank | Unsecured | 2,525.62 | 0.00 |
| 19. | CB USA | Unsecured | 173.08 | 0.00 |
| 20. | Dell Financial Services, Inc | Unsecured | 490.70 | 0.00 |
| 21. | Rogers & Hollands Jewelers | Unsecured | 3,241.32 | 0.00 |
| 22. | Plains Commerce Bank | Unsecured | 869.20 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 1,133.50 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 16,615.96 | 0.00 |
| 25. | Cook County Treasurer | Unsecured | 552.86 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Waltman, Michael R | Case Number: 07 B 00912 |
| | Waltman, Patricia A | Judge: Goldgar, A. Benjamin |
| | Printed: 4/1/08 | Filed: 1/19/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Capital One | Unsecured | 3,172.21 | 0.00 |
| 27. | ECast Settlement Corp | Unsecured | 346.82 | 0.00 |
| 28. | ECast Settlement Corp | Unsecured | 586.24 | 0.00 |
| 29. | World Financial Network Nat'l | Unsecured | 1,136.09 | 0.00 |
| 30. | Capital One | Unsecured | 931.98 | 0.00 |
| 31. | Nicor Gas | Unsecured | 788.43 | 0.00 |
| 32. | Wells Fargo Financial Bank | Unsecured | 3,409.52 | 0.00 |
| 33. | ECast Settlement Corp | Unsecured | 1,529.90 | 0.00 |
| 34. | Action Card | Unsecured | 1,271.37 | 0.00 |
| 35. | B-Real LLC | Unsecured | 10,367.80 | 0.00 |
| 36. | RoundUp Funding LLC | Unsecured | 4,676.39 | 0.00 |
| 37. | Asset Acceptance | Unsecured | | No Claim Filed |
| 38. | Brylane Home | Unsecured | | No Claim Filed |
| 39. | Chase | Unsecured | | No Claim Filed |
| 40. | Citibank | Unsecured | | No Claim Filed |
| 41. | Bankfirst | Unsecured | | No Claim Filed |
| 42. | HSBC | Unsecured | | No Claim Filed |
| 43. | LTD Financial Services | Unsecured | | No Claim Filed |
| 44. | USA Payday Loans | Unsecured | | No Claim Filed |

$ 138,501.57    $ 10,305.30

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 102.72 |
| 5.4% | 471.98 |

$ 574.70

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

